Circuit denied. *Mr. Wm. D. McKenzie* for petitioner. *The Solicitor General* for the United States.

---

No. 827. JOSEPH P. KEEFE, TRUSTEE, ETC., *v.* WORCESTER TRUST COMPANY. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Arthur T. Johnson* for petitioner. *Mr. Edmund K. Arnold* for respondent.

---

No. 829. J. F. WEEKS ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. Wallace* for petitioners. *Mr. Gardiner Lathrop, Mr. J. W. Terry* and *Mr. A. H. Culwell* for respondent.

---

No. 836. JOHN RUDOLPH *v.* UNITED STATES. March 10, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alexander S. Drescher* for petitioner. *Mr. John Lord O'Brian* and *Mr. Alfred Bettman* for the United States.

---

No. 839. CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILWAY COMPANY *v.* WILLIAM SHERIDAN. March 10, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Tennessee denied. *Mr. Edward Colston* and *Mr. George Hoadly* for petitioner. *Mr. J. H. Frantz, Mr. Charles M. Seymour* and *Mr. Robert Bryan Cassell* for respondent.